ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES ST. LOUIS

APPELLANT,

v.

CIVIL ACTION NO. 05-187

APPELLEE.

THOMAS CARROLL

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, JAMES ST. LOUIS, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 3/24/05

James St. Louis Jr.

Delaware Corr. Center
Smyrna, DE 19977



by Mail
IFP

MAR 28 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE