FILED
APR - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I have filed to have the $5.00 filing fee taken out of my account and sent to you.

As soon as the business office can it'll send it to you.

Thank you
Jim