05-187 SLR

REQUEST FOR MATERIALS FROM PROTH

TO: _Sussex_ County

DATE REQUESTED: _4-28-05_

INDICTMENT NUMBER(S): _0009015005_

OFFENSE(S): _Rape 1st degree / Continual Sexual Abuse_

DATE ARREST: _9-20-2000_

DATE OF BIRTH: _6-13-1951_

FILED
MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please send the following:

1. Court docket sheets          [ ] plain  [ ] Certified

2. Court docket Numbers         [ ]

3. Indictment Sheet             [ ]

4. Other _Post Conviction_  [✓]
   _Relief ( 61 motion and evidence )_

Please send materials to the following:
_Office of the Clerk_
_United States District Court_
_844 N. King St, Lockbox 18_
_Wilmington Delaware 19801-3570_

_James St. Louis Jr._
Signature

C  _Sussex Prothonotary_

I/M James St. Louis
SBI# 446518   UNIT E A 8 TOP
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY


PHILADELPHIA, PA
PM 06
30 APR 2005



Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
    19801-3570

19801+3570