IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
FILED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

JAMES ST. LOUIS
      APPELLANT,

v. THOMAS CARROLL WARDEN
& the ATTORNEY GENERAL of STATE of Delaware
      APPELLEE.

CIVIL ACTION NO. 05-187-SLR

### MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, JAMES ST. Louis, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

5. need for discovery not available to appellant

6. appellee better educated in law not fair

WHEREFORE, appellant prays this Honorable Court appoint to appellant. counsel to represent the appellant.

DATE: 5·16·05

James St. Louis Jr.

Delaware Corr. Center
Smyrna, DE  19977

