5-18-5  5-20-05

FILED
MAY 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To whom it may concern,

On April 20, 2005 I received a letter saying I had until May 30, 2005 to add anything to my hab. On April 29, 2005 I mailed a request for my initial post conviction relief and exhibits to be mail to you to both you and Proth. office in Sussex County. It has been 3 weeks and time is running out to add anything. Yet I have not heard anything as to their co-operation. My concern is has the clerk from Sussex complied to my request to add this to my hab. If not is there anything we can do to have them comply?

Yours truly
James St. Louis
446518



I/M James St. Louis
SBI# 446518   UNIT EA87
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

OFFICE OF The CLERK
United STATES DisTRicT CourT
844 N. KING. ST. LockBox 18
WilmingTon Delaware
19801-3570