United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-187 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-187-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

2. Article Number (Transfer from service label): 7002 2030 0003 0326 6464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  m S    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Lamon
C. Date of Delivery: 7/8/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   FILED JUL -5 PM — CLERK U.S. DISTRICT OF DELAWARE

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4051