IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES ST. LOUIS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-187-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, James St. Louis, has applied for federal habeas relief, challenging his May 2001 conviction in Delaware Superior Court for first degree rape and continuous sexual abuse of a child. D.I. 2. By the terms of the Court's order, the answer is due to be filed on August 19, 2005.

2. Within the last two and a half weeks, counsel for respondents has filed three answering briefs in appeals in the Delaware Supreme Court (including a capital case with co-counsel). Counsel has also filed an answer to a federal habeas petition in this Court. Further, the undersigned has been out of the office for two days in the last week for medical appointments. In addition, the undersigned has been and continues to be working on other cases before this Court and the state courts. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).

4. This is respondents' first request for an extension of time in this case.

5. Respondents submit that an extension of time to and including September 16, 2005 in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: August 16, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2005, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on August 16, 2005, I have mailed by United States Service, the same documents to the following non-registered participant:

> James St. Louis
> SBI No. 446518
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

>                         /s/ Elizabeth R. McFarlan
>                         Deputy Attorney General
>                         Department of Justice
>                         820 N. French Street
>                         Wilmington, DE 19801
>                         (302) 577-8500
>                         Del. Bar. ID No. 3759
>                         elizabeth.mcfarlan@state.de.us