IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES ST. LOUIS**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 05-187-SLR |
| | : |
| **THOMAS L. CARROLL**, | : |
| Warden, and **M. JANE BRADY**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**ORDER**

This _____ day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 16, 2005.

_____
United States District Judge