Civ act No
05-187-SLR

Dear Judge Robinson

I do not know if this is legally correct but anyways.

I received the state's latest motion and would like to answer it before you give a decision on what you'll do. I already have it written out but need to go to law library to copy so the state gets their copies. I do not have a time slot until Wendsday of next week (28th) I will send out all copies as soon as I get them done

Thanks for your understanding
Jim Andrews
446518

FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Copy sent to Dept. Justice

[Scanned envelope]

From:
James A. Laws
SBI# 446518  UNIT ED33
Delaware Correctional Center
181 Paddock Road
Smyrna, Delaware 19977

To:
Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Postmark: Philadelphia, PA 191, 17 SEP 2005
Stamp: U.S.M.S. X-RAY
Notation: 05-187-SLR