OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2005

TO: James St. Louis
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Return of DI 20 for Original Signature; 05-187(SLR)**

Dear Mr. St. Louis:

Papers have been received by this office for filing in the above matter. The **papers are being returned to you** because of the following problem(s):

( )   DI 20(Answer to Motion) did not include an original signature on the last 3 pages of the docuement.

Kindly correct these items before resubmitting your papers. Please return a copy of this letter with your corrected documents.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson