OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2005

TO: James St. Louis
    SBI#446518
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE:  Return of DI 20 for Original Signature; 05-187(SLR)*

Dear Mr. St. Louis:

Papers have been received by this office for filing in the above matter. The **papers are being returned to you** because of the following problem(s):

()   DI 20(Answer to Motion) did not include an original signature on the last 3 pages of the docuement.

Kindly correct these items before resubmitting your papers. Please return a copy of this letter with your corrected documents.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson

10/5/05  returned are the (3) three pages with my signature. Sorry for any inconvience

James St. Louis Jr.