Court from adjudicating for the first time the federal constitutional claim of a defendant who is the absence of such an adjudication will be the victim of a miscarriage of justice".
see Engle v Isaac 102 SCt 1558

In closing I ask that justice be given to me and the state case be dismissed and the use of unconstitutional materials be stricken and those responsible reprimanded with financial, emotional and physical consequences to those who these violations occured.

It's time to stop letting the state do what it wants especially in violation of Constitutional laws and Amendments.

*James St. Louis Jr.*

James St. Louis Jr.
446518
1181 Paddock Road
Smyrna Delaware
19977
Bdg E   D33

dated 9/16/05

(ii)