Certification

I hereby certify that I have neither sought nor obtained the consent of the respondent, who is the deputy attorney general at department of justice

820 N. French Street, Wilmington

De. 19801   (302) 577-8500

Del Bar Id No. 3759

Elizabeth R McFarlan. to the subject matter of this motion.

dated 9/16/05

James St. Louis Jr.

James St. Louis
pro se