Certificate of Service

I hereby certify that I mailed two (2) copies of motion for reversal and dismissal to the Department of Justice and filed one copy with the clerk of the U.S. District Court.

Deputy Attorney General
Department of Justice
820 N. French St.
Wilmington De 19801

James St. Louis Jr.

James St. Louis
446518
DCC
1181 Paddock Rd
Smyrna De
19977