IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-187-SLR |
| | ) |
| THOMAS L. CARROLL, | ) |
| Warden, and M. JANE | ) |
| BRADY, Attorney General | ) |
| of the State of | ) |
| Delaware, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

At Wilmington this 2d day of December, 2005;

IT IS ORDERED that:

Respondents' "Motion For More Definite Statement" is GRANTED IN PART and DENIED IN PART. (D.I. 18)  Petitioner has already filed a more definite statement of his claim listed in item number (2).  (D.I. 20)  Therefore, no later than January 6, 2006, petitioner shall file a more definite statement of the claims listed in item numbers one (1), and three (3) through twelve (12).

_____
UNITED STATES DISTRICT JUDGE