OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

# NOTICE REGARDING PERSONAL INFORMATION

DATE: __1/6/06__

TO: _James St. Louis, Pro Se_

CA# _05-187-SLR_

CASE CAPTION: _James St. Louis v. Thomas Carroll and Attorney General of the State of Delaware_

DOCUMENT TITLE: _Response to 12/5/05 Order- A More Definite Statement_

D.I.# _24_

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. The Court has removed the electronic link to the document in question from the public docket and marked the entry "sealed".

cc: Assigned Judge

_____
Deputy Clerk