Case 1:05-cv-00187-SLR   Document 26   Filed 01/24/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS,              )<br>                              )<br>        Petitioner,          )<br>                              )<br>v.                            )<br>                              )<br>THOMAS L. CARROLL,            )<br>Warden, and M. JANE           )<br>BRADY, Attorney General       )<br>of the State of              )<br>Delaware,                     )<br>                              )<br>        Respondents.          ) | Civil Action No. 05-187-SLR |

**O R D E R**

At Wilmington this 23d day of January, 2006;

IT IS ORDERED that:

Within thirty (30) days of receipt of this order, respondents shall file an answer in response to petitioner's § 2254 application, as clarified by petitioner's "answer to [respondents'] motion for more definite statement" and his "memorandum in support: a more definite statement." (D.I. 20; D.I. 24)  In accordance with Rule 5, 28 U.S.C. § foll. 2254, the respondents' answer shall:

    a.  State whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the State and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-

conviction proceeding;

      b. State whether any claim in the petition is barred by a procedural bar, non-retroactivity, or the statute of limitations;

      c. Respond to the allegations of the petition;

      d. Indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed;

      e. Attach to the answer certified copies of such portions of the transcripts as may be material to the questions raised in the petition, as well as certified copies of the petitioner's brief(s) on appeal (direct and/or post-conviction) and of the opinion(s) of the appellate court, if any.

      3. The clerk shall mail a copy of this order forthwith to the petitioner.

                                      _____
                                      UNITED STATES DISTRICT JUDGE