IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES ST. LOUIS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-187-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Amended Opening Brief & Appendix (No. 323, 2001)

    b. State's Answering Brief & Appendix (No. 323, 2001)

    c. Order (May 24, 2002) (No. 323, 2001)

    d. Appellant's Notice of Appeal (No. 360, 2004)

    e. Notice to Show Cause (No. 360, 2004)

    f. Response to the Rule to Show Cause (No. 360, 2004)

    g. Order (September 27, 2004) (No. 360, 2004)

    h. Appellant's Opening Brief & Appendix (No. 446, 2004)

    i. State's Motion to Affirm (No. 446, 2004)

    j. Order (March 1, 2005) (No. 446, 2004).

2. Notice is also hereby given that certified copies of the Motion for Post-Conviction Relief & Appendix filed by James St. Louis in Delaware Superior Court on May 30, 2003, have also been

manually filed with the Court and are available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

February 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on February 22, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

James St. Louis
SBI No. 446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us