Certificate of Service

I hereby certify that on March 7, 2006 I mailed an answer to the states answer to the habeas petition with the clerk of District Court. I also hereby certify that on March 7, 2006 I have mailed by United States Service, two copies of the same document to the following Non-registered participant.

Elizabeth R McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De 19801

James St. Louis
SBI # 446518
Delaware Correctional Cnt
1181 Paddock Rd
Smyrna De
19977

FILED
MAR 1 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
SCANNED

✗ James St. Louis

20

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2006

TO: James St. Louis
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Deficiency for Lack of Original Signature; 05-187(SLR)**

Dear Mr. St. Louis:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must have an original signature**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson

*Signed at balton*

I/M James H. Lewis
SBI# 446518 UNIT ED33
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570