IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES ST. LOUIS,                )
                                )
         Petitioner,            )
                                )
v.                              )   Civil Action No. 005-187-SLR
                                )
THOMAS L. CARROLL,              )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State of         )
Delaware,                       )
                                )
         Respondents.           )

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner James St. Louis' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).


Dated: April 26, 2006

_____
UNITED STATES DISTRICT JUDGE