Notice and Motion for
Certificate of Appealability
For 3RD Circuit of the U.S.
05-187(SLR)

THE petition of James St. Louis respectfully shows

1. THAT the petitioner made application to the Honorable SUE L. ROBINSON, Judge of the U.S. District of Delaware on MARCH 23 2005.

2. THE said Judge of said U.S. District Court denied petitioner's application for a writ of habeas corpus by an order dated April 26 2006, a copy of which is attached

3. Petitioner filed a notice of said order in said district court on May 5 2006.

4. THE detention complained of by your petitioner in his application for a writ of habeas Corpus arose out of process issued by a state court, to writ: Delaware Superior court sentenced petitioner to 40 years suspended after 22 years. Also Delaware Superior AND Supreme denied 61 motion on procedural grounds of [NOT] filing motions on direct Apeal. Petitioner is [NOT] time barred.

5. THE Above-named Judge of said U.S DISTRICT COURT has refused to issue a Certificate of Appealability upon petitioner's motion for the reasons

stated in her order dated April 26 2006 denying petitioner's motion for a Certificate of Appealability. A copy of said order is attached.

6. Under Rule 22 (b) of the Federal Rules of Appellate Procedure, it is necessary for a certificate of Appealability to be issued before your petitioner may appeal to 3rd Circuit Court from denial of his application for a writ of habeas corpus.

7. In addition to the reasons stated in petitioner's application for a writ of habeas corpus, a certificate of Appealability should be issued for the following reasons.

    Abuse of Discretion
        Failure to Rule on a Constitutional Violation,

In regards to Rule 61    Remedies
(i) Bars to relief
(5) Bars Inapplicable: The bars to relief in paragraph (1), (2), and (3) of this subdivision shall [NOT] apply to a claim that the court lacked jurisdiction or to a colorable claim that there was a miscarriage of justice because of a Constitutional violation that undermined the fundamental legality, reliability, integrity or fairness of the proceeding leading

to the judgement of conviction
Also: see 28 USCA 2254 [All claims Addressed]
May 5 2006

James St. Louis   petitioner
446518

CERTIFICATE OF SERVICE

I, _JAMES ST. Louis_, hereby certify that I have served a true and correct cop(ies) of the attached: _NOTICE AND Motion of Appealability_ upon the following parties/person(s):

TO: _U.S District Court DE._
_844 N. KING ST_
_Lockbox 18_
_Wilmington De. 19801-357_
_AIT OFFICE OF CLERK_

TO: _____

TO: _____

TO: _Delaware D.O.J._
_820 N. FRENCH ST_
_Wilmington De. 19801_
_AIT Elizabeth R. McFarlen_

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this _5_ day of _MAY_, 200_6_.

_James St. Louis Jr._



I/M James St. Louis
SBI# 446518  UNIT E D-33(8)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 MAY 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail