IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THOMAS L. CARROLL, ) <br> Warden, and CARL C. ) <br> DANBERG, Attorney ) <br> General of the State of ) <br> Delaware, ) <br> ) <br> Respondents. ) | Civil Action No. 005-187-SLR |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner James St. Louis' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: April 26, 2006

_____
UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:05-cv-00187-SLR St. Louis v. Carroll et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 4/27/2006 at 11:54 AM EDT and filed on 4/27/2006
**Case Name:**       St. Louis v. Carroll et al
**Case Number:**     1:05-cv-187
**Filer:**
**Document Number:** 33

**Docket Text:**
ORDER DENYING [2] Petition for Writ of Habeas Corpus filed by James St. Louis; the court declines to issue a certificate of appealability. Signed by Judge Sue L. Robinson on 4/26/06. (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/27/2006] [FileNumber=205544-0]
[86810343c6ff7a64a638255943249d9c342b0b689c21bd917ed9a846ea766189aa21
d507c7440c3cd0e9faf98c399947307377ab97f9b6fd3a62d711c4c45bfd]]

**1:05-cv-187 Notice will be electronically mailed to:**

Elizabeth Roberts McFarlan     elizabeth.mcfarlan@state.de.us,

**1:05-cv-187 Notice will be delivered by other means to:**

James St. Louis
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977