FPS-314                                                                                           DATE: June 1, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 06-2633</u>

St. Louis v. Carroll
(D.C. No. 05-cv-0187)

To:  Clerk

1)   Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

___

   The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: June 6, 2006
TMM/cc: Mr. James St. Louis
        Elizabeth R. McFarlan, Esq.