CLD-32
October 26, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2633

JAMES ST. LOUIS

v.

THOMAS CARROLL, et al
(Dist. of Delaware Civil No. 05-cv-00187)

Present: RENDELL, SMITH and COWEN, Circuit Judges

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); in the above-captioned case.

Respectfully,

Clerk

MMW/CAD/tmm

_____ORDER_____
The foregoing application for a certificate of appealability is denied. Appellant has not made a substantial showing of the denial of a constitutional right with respect to his ineffective assistance of counsel claims as required by 28 U.S.C. § 2253. The District Court's finding that his remaining claims are procedurally defaulted does not appear to be debatable. See Slack v. McDaniel, 529 U.S. 473, 478 (2000).

By the Court,


A True Copy:
Marcia M. Waldron, Clerk

/s/ Marjorie O. Rendell
Circuit Judge

Dated: December 7, 2006
TMM/cc: Mr. James St. Louis
         Elizabeth R. McFarlan, Esq.