**REVIEWED**
**By Larisha Davis at 11:49 am, Jun 26, 2007**

CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00187-SLR
## Internal Use Only

St. Louis v. Carroll et al
Assigned to: Honorable Sue L. Robinson
Related Cases: 1:06-cv-00236-SLR
              1:07-cv-00084-SLR
              1:06-cv-00682-SLR
              1:06-cv-00641-SLR
Case in other court:  3rd circuit, 06-02633
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/28/2005
Date Terminated: 05/01/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**James St. Louis**

represented by **James St. Louis**
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Thomas Carroll**

represented by **Elizabeth Roberts McFarlan**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: elizabeth.mcfarlan@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of State of Delaware**

represented by **Elizabeth Roberts McFarlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by James St. Louis. (els, ) (Entered: 03/29/2005) |
| 03/28/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by James St. Louis. (Attachments: # 1 Exhibit A)(els, ) (Entered: 03/29/2005) |
| 03/28/2005 | 3 | MOTION to Appoint Counsel - filed by James St. Louis. (els, ) (Entered: 03/29/2005) |
| 04/06/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 04/06/2005) |
|  |  |  |

| | | |
|---|---|---|
| 09/14/2005 | | (Court only) ***Set Answering Brief Deadline re 18 MOTION for More Definite Statement. Answering Brief/Response due date per Local Rules is 9/28/2005. (fmt, ) (Entered: 09/15/2005) |
| 09/19/2005 | 19 | Letter to Judge Robinson from Jim St. Louis regarding answer to state's motion. (fmt, ) (Entered: 09/21/2005) |
| 09/26/2005 | 20 | ANSWER to 18 MOTION for More Definite Statement asking for recusal, dismissal and restitution filed by James St. Louis.Reply Brief due date per Local Rules is 10/3/2005. (fmt, ) (Entered: 09/29/2005) |
| 10/04/2005 | 21 | DEFICIENCY NOTICE by the Court issued to James St. Louis re 20 Answering Brief in Opposition; did not include an original signature on the last 3 pages of the document (fmt, ) (Entered: 10/04/2005) |
| 10/07/2005 | 22 | Letter to Clerk from James St. Louis, Jr. enclosing 3 signature pages for D.I. 20. (Attachments: # 1 Original Signature Page 1# 2 Original Signature Page 2# 3 Original Signature Page 3)(fmt, ) (Entered: 10/11/2005) |
| 12/05/2005 | 23 | ORDER granting in part and denying in part 18 Motion for More Definite Statement; no later than 1/6/06, petitioner shall file a more definite statement of the claims listed in item numbers one, and three through twelve . Signed by Judge Sue L. Robinson on 12/2/05. (fmt, ) (Entered: 12/05/2005) |
| 12/21/2005 | 24 | SEALED Memorandum in Support re 2 Petition for Writ of Habeas Corpus; a more definite statement filed by James St. Louis. (fmt, ) Modified on 12/30/2005 (fmt, ). (Entered: 12/30/2005) |
| 01/06/2006 | 25 | NOTICE from the Clerk to James St. Louis re personal information; D.I. 24 has been sealed (fmt, ) (Entered: 01/06/2006) |
| 01/24/2006 | 26 | ORDER, within 30 days of receipt of this order, respondents shall file an answer in response to petitioner's 2254 application, as clarified by petitioner's "answer to [respondents'] motion for a more definite statement" (D.I. 20; D.I. 24). Signed by Judge Sue L. Robinson on 1/23/06. (fmt, ) (Entered: 01/24/2006) |
| 02/10/2006 | | (Court only) ***Set Paper Documents Flag (rbe, ) (Entered: 02/10/2006) |
| 02/22/2006 | 27 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Exhibit Browne v. Carroll# 2 Exhibit Elliott v. Kearney# 3 Exhibit Jordan v. Snyder# 4 Certificate of Compliance Service) (McFarlan, Elizabeth) (Entered: 02/22/2006) |
| 02/22/2006 | 28 | NOTICE of filing the following document(s) in paper format: State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Elizabeth Roberts McFarlan on behalf of Thomas Carroll, Attorney General of State of Delaware (McFarlan, Elizabeth) (Entered: 02/22/2006) |
| 02/22/2006 | 29 | STATE COURT RECORD filed by Thomas Carroll, Attorney General of State of Delaware. (Record on file in Clerk's Office) (fmt, ) (Entered: 02/22/2006) |
| 03/10/2006 | 30 | Answer to State's Response filed by James St. Louis. (fmt, ) Additional attachment(s) added on 3/20/2006 (fmt, ). (Entered: 03/13/2006) |
| 03/14/2006 | 31 | DEFICIENCY NOTICE by the Court issued to James St. Louis re 30 Memorandum in Opposition; deficiency for lack of original signature (fmt, ) (Entered: 03/14/2006) |
| 03/17/2006 | | CORRECTING ENTRY: original signature page for D.I. 30 received on 3/17/06; the signature page has been attached to D.I. 30 (fmt, ) (Entered: 03/20/2006) |
| 04/27/2006 | 32 | MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 4/26/06. (fmt, ) (Entered: 04/27/2006) |
| 04/27/2006 | | ORDER DENYING 2 Petition for Writ of Habeas Corpus filed by James St. Louis; the |